YVETTE WEINSTEIN, TRUSTEE
6450 SPRING MOUNTAIN RD., #14
LAS VEGAS, NV 89146
Telephone: (702) 364-8919

Trustee in Bankruptcy

RECEIVED AND FILED
2016 APR 22 PM 2 10
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:
ONECAP HOLDING COMPANY
ONECAP, INC.
        Debtor(s)

Case No. 10-20833 MKN

Chapter 7

NOTICE OF UNCLAIMED FUNDS

TO: Clerk, United States Bankruptcy Court

FROM: Yvette Weinstein, Trustee

Pursuant to Rules 3010 and 3011, of the Bankruptcy Rules, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy Court. These funds can be withdrawn as provided in Chapter 129, Title 28 2042

| CLAIM # | CLAIMANT & ADDRESS | CAS 106000 | CAS613300 |
|---|---|---|---|
| 84 | Vezinau, Frederick C or Cecelia Living Tust<br>1130 Shady Run Terrace<br>Henderson, NV 89011 | | $2,754.38 |
| TOTAL | | | $2,754.38 |

Dated: 04/21/16

Yvette Weinstein, Trustee

#226314    #2754.38